# Order

Michigan Supreme Court
Lansing, Michigan

March 4, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

144361 & (29)(30)(31)

PEOPLE OF THE STATE OF MICHIGAN,
Plaintiff-Appellee,

v

BERNARD KELLY,
Defendant-Appellant.

SC: 144361
COA: 301023
Wayne CC: 04-010768-FC

_____/

On order of the Court, the motion to add issue is GRANTED. The application for leave to appeal the October 5, 2011 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motions to remand and to compel discovery are DENIED.

VIVIANO, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 4, 2013

_____
Clerk

s0225